**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ASHWEEL ASHWEEL METHAYNG MAJOK,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2061-KC** |
| **TODD BLANCHE, et al.,** | § | |
| **Respondents.** | § | |

| | | |
|---|---|---|
| **ASHWEEL ASHWEEL METHAYNG MAJOK,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2166-KC** |
| **TODD BLANCHE, et al.,** | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.[1] On August 17, 2026, the Court ordered Respondents, by no later than August 31, 2026, to either (1) remove Ashweel Ashweel Methayng Majok from the United States through lawful means, or (2) release him from custody under reasonable conditions of supervision. Aug. 17, 2026, Order 2, ECF No. 6.

Respondents now inform the Court that, on August 29, Majok was released from custody. Status Report, ECF No. 10.

[1] This case was consolidated with Majok's duplicative habeas petition, which was assigned case number EP-26-CV-2166-KC. Aug. 21, 2026, Order 3, ECF No. 8. All references in this Order are to the docket in case EP-26-CV-2061-KC unless otherwise noted.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 3; Aug. 17, 2026, Order 2.

Accordingly, **the Clerk shall close the case**.

The Clerk shall docket this Final Judgment to the record in each of the two consolidated cases.

**SO ORDERED**.

**SIGNED this 2nd day of September, 2026.**

Kathleen Cardone

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE